UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 5:23-CV-00128-BJB-LLK

***ELECTRONICALLY FILED***

| | |
|---|---|
| ESTATE OF KENZIE ELIZABETH MURDOCK,<br>KYLE A. MURDOCK, ADMINISTRATOR AND<br>KYLE A. MURDOCK, INDIVIDUALLY | PLAINTIFFS |
| v.    **AGREED ORDER OF DISMISSAL** | |
| MONSANTO COMPANY | DEFENDANT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Parties having reached an agreement to resolve Plaintiffs' claims against Defendant and the Court having reviewed the matter and otherwise being sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Complaint against Defendant Monsanto Company is dismissed in its entirety with prejudice, with each party to bear their own costs. This is a final Order, there being no just cause for delay.

Have seen and agreed to:

ATTORNEYS FOR PLAINTIFFS

 /s/ Jerome P. Prather
JEROME P. PRATHER
J. CONNER NICELEY
Garmer & Prather PLLC
141 North Broadway
Lexington, Kentucky  40507
Telephone: (859) 254-9352
Facsimile: (859) 233-9769
jprather@garmerprather.com
cniceley@garmerprather.com

BART RANKIN
JAY F. UTLEY
BENJAMIN KELLY
JOANNA MCKINNEY
JOSHUA RICHARDSON
Forrest Weldon Law Group, LLP
14241 North Dallas Parkway, Suite 1250
Dallas, Texas 75254
Telephone: (469) 708-3656
bart.rankin@forrestweldon.com
jay.utley@forrestweldon.com
ben.kelly@forrestweldon.com
joanna.mckinney@forrestweldon.com
joshua.richardson@forrestweldon.com

ATTORNEYS FOR DEFENDANT

 /s/ Carol Dan Browning (w/ permission)
CAROL DAN BROWNING
Stites & Harbison PLLC
400 W. Market Street, Suite 1800
Louisville, Kentucky 40202-3352
(502) 587-3400
cbrowning@stites.com

ANTHONY R. MARTINEZ
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com